IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR 188 |
| | § | Judge Crone |
| DANIEL MENDOZA (1) | § | |
| ALEJANDRO FLORES (2) | § | |
| MIRANDA MOORE (3) | § | |
| CESAR MENDEZ (4) | § | |
| a.k.a. "Kabuki" | § | |

**INDICTMENT**

FILED
OCT 10 2018
Clerk, U.S. District Court
Texas Eastern

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

                Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about January 2016, and continuously thereafter up to and including October 10, 2018, in the Eastern District of Texas and elsewhere,

**Daniel Mendoza
Alejandro Flores
Miranda Moore
Cesar Mendez, a.k.a. "Kabuki"**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Two

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Heroin)

That from sometime in or about January 2016, and continuously thereafter up to and including October 10, 2018, in the Eastern District of Texas and elsewhere,

**Daniel Mendoza**
**Alejandro Flores**
**Miranda Moore**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

All such proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

10-10-18
Date

Indictment/Notice of Penalty – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR____ |
| | § | Judge _____ |
| DANIEL MENDOZA (1) | § | |
| ALEJANDRO FLORES (2) | § | |
| MIRANDA MOORE (3) | § | |

## Count One

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

## Count Two

Violation:   21 U.S.C. § 846

Penalty:   If 1 kilogram or more of a mixture or substance containing a detectable amount of heroin -- not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00